IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IWONA GRZELAK, derivatively on behalf of THE REALREAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JULIE WAINWRIGHT, MATT GUSTKE, STEVE LO, GILBERT L. "CHIP" BAIRD III, MAHA IBRAHIM, ROBERT KROLIK, MICHAEL A. KUMIN, STEFAN LARSSON, NIKI LEONDAKIS, and JAMES R. MILLER, <br><br> Defendants, <br><br> -and- <br><br> THE REALREAL, INC., <br><br> Nominal Defendant. | C.A. No. 1:20-CV-01212-LPS |

**JOINT STIPULATION AND [PROPOSED] ORDER
<u>TEMPORARILY STAYING DERIVATIVE ACTION</u>**

Plaintiff Iwona Grzelak ("Plaintiff"), derivatively on behalf of The RealReal, Inc. ("TRR" or the "Company"), and Defendants Julie Wainwright, Matt Gustke, Steve Lo, Gilbert L. "Chip" Baird III, Maha Ibrahim, Robert Krolik, Michael A. Kumin, Stefan Larsson, Niki Leondakis, and James R. Miller ("Individual Defendants" and with TRR, "Defendants") (Defendants and Plaintiff, the "Parties") jointly submit this stipulation ("Stipulation") to stay temporarily the above-captioned action ("Action"), and in support thereof state as follows:

**WHEREAS,** the following putative class actions alleging violations of the federal securities laws against Defendants have been filed: (a) *Sanders v. The RealReal, Inc.*, Case No. 5;19-cv-07737-EJD (N.D. Cal.) (the "Federal Securities Action"); and (b) *In re The RealReal,*

*Inc. Securities Litigation*, Case No. CIV 1903516 (Marin Superior Court) (the "State Securities Action");

**WHEREAS,** the State Securities Action is stayed pending a resolution of the Federal Securities Action;

**WHEREAS,** the undersigned counsel have conferred and agreed to stay this Action until and through the resolution of the motion to dismiss that is pending in the Federal Securities Action or that will be filed;

**WHEREAS**, because this Action challenges substantially similar alleged conduct and involves substantially similar questions of law and fact as alleged in the Federal Securities Action, this joint stipulation will promote the efficient and orderly administration of justice;

**WHEREFORE,** the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The Individual Defendants hereby accept service of the complaint filed in the Action.

2. Defendants are not required to answer or otherwise respond to the Complaint currently on file in the Action.  In the event that any of the events contemplated by paragraph No. 4 below occur, the Parties shall meet and confer to set a schedule to govern Defendants' response to the Complaint, or to any amended complaint contemplated by paragraph No. 2 below.

3. The Parties agree that notwithstanding this stay of this Action, Plaintiff may file an amended complaint, though Defendants shall be under no obligation to respond to it unless any of the events contemplated by paragraph No. 4 below have occurred.  In that event, the Parties shall meet and confer to set a schedule to govern Defendants' response to any such

- 3 -

amended complaint.

4. This Action shall be stayed, and no Case Management Order issued, upon the Court's so-ordering this Stipulation as an Order of the Court.

5. Upon occurrence of any of (1) the dismissal of the Federal Securities Action and the State Securities Action, with prejudice, by the respective courts, and exhaustion of all appeals related thereto; or (2) the denial of all motions to dismiss the Federal Securities Action filed by defendants in that action; or (3) either of the Parties to this Stipulation has given written notice that they no longer consent to the voluntary stay of this Action, then the Parties shall notify the Court within fifteen (15) days after the occurrence of any of the events above. The case shall remain stayed for thirty (30) days following any such event.

6. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, requests for a stay, or any requests for other relief that would otherwise be available to the Parties in this Action, including but not limited to Defendants' right to request dismissal of this Action, and Plaintiff's right to oppose any such motions.

**IT IS SO STIPULATED.**

| | |
|---|---|
| FARNAN LLP. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ John DiTomo* |
| Brian E. Farnan (Bar No. 4089) | John DiTomo (Bar No. 4850) |
| Michael J. Farnan (Bar No. 5165) | 1201 N. Market Street |
| 919 N. Market St., 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE  19899-1347 |
| Telephone: (302) 777-0300 | (302) 658-9200 |
| Facsimile: (302) 777-0301 | jditomo@mnat.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | OF COUNSEL: |
| OF COUNSEL: | KING & SPALDING LLP |
| | Lisa R. Bugni |
| THE BROWN LAW FIRM, P.C. | 101 Second Street, Suite 1000 |
| Timothy Brown | Telephone: (415) 318-1234 |
| 240 Townsend Square | lbugni@kslaw.com |
| Oyster Bay, NY 11771 | |
| Telephone: (516) 922-5427 | *Attorneys for Defendants* |
| Facsimile: (516) 344-6204 | |
| tbrown@thebrownlawfirm.net | |

*Attorneys for Plaintiffs*

September 28, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IWONA GRZELAK, derivatively on behalf of )<br>THE REALREAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JULIE WAINWRIGHT, MATT GUSTKE, )<br>STEVE LO, GILBERT L. "CHIP" BAIRD III, )<br>MAHA IBRAHIM, ROBERT KROLIK, )<br>MICHAEL A. KUMIN, STEFAN LARSSON, )<br>NIKI LEONDAKIS, and JAMES R. MILLER, )<br>)<br>Defendants, )<br>)<br>-and- )<br>)<br>THE REALREAL, INC., )<br>)<br>Nominal Defendant. )<br>)<br>)<br>) | C.A. No. 1:20-CV-01212-LPS |

## **[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____      _____
                                                                                           HONORABLE LEONARD P. STARK
                                                                                           UNITED STATES DISTRICT COURT