## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE REALREAL, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 20-cv-1212-LPS |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT

Plaintiffs Iwona Grzelak and Junior Aguirre ("Plaintiffs") derivatively on behalf of nominal defendant TheRealReal, Inc. ("TRR" or the "Company"), hereby move this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for preliminary approval of the Settlement set forth in the Stipulation of Settlement, dated November 5, 2021 ("Stipulation),[1] and respectfully request the Court enter the [Proposed] Order Preliminary Approving Derivative Settlement and Providing for Notice ("Preliminary Approval Order"), which: (a) grants preliminary approval of the Settlement set forth in the Stipulation, (b) approves the form and manner of providing notice of the Settlement to Current TRR Shareholders, and (c) schedules a date for the Settlement Hearing.

In support of this motion, Plaintiffs rely upon the accompanying Brief in Support, the Declaration of Brian E. Farnan, the Stipulation and exhibits annexed thereto, and all prior pleadings and proceedings.

The Settling Parties' agreed-upon form of Proposed Preliminary Approval Order is attached as Exhibit C of Exhibit 1 to the Declaration of Brian E. Farnan. Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order and insert a hearing date for the motion for final approval of the Settlement in paragraph 2.

---

[1] Unless otherwise stated, all capitalized terms used herein shall have the same meanings as set forth in the Stipulation attached as Exhibit 1 to the Declaration of Brian E. Farnan in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Derivative Settlement ("Declaration of Brian E. Farnan"), which is being submitted concurrently herewith.

Defendants do not oppose this motion.

| | |
|---|---|
| Dated: November 5, 2021 | Respectfully submitted, |
| | FARNAN LLP |
| Of Counsel: | |
| | /s/ Brian E. Farnan |
| THE BROWN LAW FIRM, P.C. | Brian E. Farnan (#4089) |
| Timothy Brown | Michael J. Farnan (#5165) |
| 767 Third Avenue, Suite 2501 | 919 North Market Street, 12th Floor |
| New York, NY 10017 | Wilmington, DE 19801 |
| Telephone: (516) 922-5427 | Telephone: (302) 777-0300 |
| | |
| BRAGAR EAGEL & SQUIRE, P.C. | COOCH AND TAYLOR, P.A. |
| Garam Choe | Blake A. Bennett (#5133) |
| 810 Seventh Avenue, Suite 620 | The Nemours Building |
| New York, NY 10019 | 1007 N. Orange Street, Suite 1120 |
| Telephone: (212) 308-5858 | Wilmington, DE 19801 |
| | Telephone: (302) 984-3800 |
| *Co-Lead Counsel for Plaintiffs* | |
| | *Co-Liaison Counsel for Plaintiffs* |
| HYNES & HERNANDEZ, LLC | |
| Ligaya T. Hernandez | |
| 101 Lindenwood Drive, Suite 225 | |
| Malvern, PA 19355 | |
| Telephone: (484) 875-3116 | |
| | |
| *Additional Counsel for Plaintiffs* | |